IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KELAN SMITH,                    )
                                )
    Plaintiff,                  )
                                )      CIVIL ACTION NO.
    v.                          )        2:23cv573-MHT
                                )             (WO)
PRIME RECOVERY LLC.,            )
                                )
    Defendant.                  )
```

ORDER

Because plaintiff has not yet applied for entry of default by the clerk of court pursuant to Federal Rule of Civil Procedure 55(a), it is ORDERED that the motion for default judgment (Doc. 6) is denied with leave to renew after entry of default.

DONE, this the 25th day of January, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE