IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KELAN SMITH,                    )
                                )
     Plaintiff,                 )
                                )        CIVIL ACTION NO.
     v.                         )          2:23cv573-MHT
                                )              (WO)
PRIME RECOVERY LLC.,            )
                                )
     Defendant.                 )
```

### ORDER

Plaintiff Kelan Smith filed this lawsuit on September 28, 2023, against defendant Prime Recovery LLC.  Under Federal Rule of Civil Procedure 4(m), Smith had 90 days to serve Prime Recovery with the summons and complaint.

On October 24, 2023, Smith filed a return of service showing that he had mailed the summons and complaint to Prime Recovery by U.S. Postal Service Priority Mail with a tracking number.  *See* Return (Doc. 5).  He later filed an application to the clerk for entry of default (Doc. 9).  The clerk of court denied

the application for default, explaining that service by priority mail is not a proper means of service of process under applicable law.  *See* Notice of Denial of Application for Entry of Default (Doc. 11).

Rule 4(m) provides: "If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Fed. R. Civ. P. 4.

**\*\*\***

Accordingly, it is ORDERED that, by July 16, 2024, plaintiff Kelan Smith shall show cause, if any there be, as to why this case should not be dismissed without prejudice for failure to serve the defendant within 90 days of the filing of the complaint.

DONE, this the 2nd day of July, 2024.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE