IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KELAN SMITH,                      )
                                  )
     Plaintiff,                   )
                                  )      CIVIL ACTION NO.
     v.                           )         2:23cv573-MHT
                                  )             (WO)
PRIME RECOVERY LLC.,              )
                                  )
     Defendant.                   )
```

**ORDER**

Upon consideration of plaintiff's motion to dismiss (Doc. 13), it is ORDERED that the motion is granted, and this lawsuit is dismissed in its entirety without prejudice, with no costs taxed.

This case is closed.

DONE, this the 10th day of July, 2024.

                                         /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE